CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025
**THARPE & HOWELL, LLP**
**15250 Ventura Blvd,, Ninth Floor**
**Sherman Oaks, California  91403**
**(818) 205-9955; (818) 205-9944 fax**
**E-Mail:  cmay@tharpe-howell.com**
**E-Mail:  gsharaga@tharpe-howell.com**
**E-Mail:  drivera@tharpe-howell.com**

Attorneys for Defendants,
   LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TONIA NELSON, KRISTOPHER PALLESEN, BRYAN GARCIA and NICKOLAS NELSON,<br><br>              Plaintiffs,<br><br>vs.<br><br>LOWE'S HOME CENTERS, INC., and DOES 1 through 50, inclusive,<br><br>              Defendants. | No.  2:15-cv-00092-KJM-KJN (TEMP)<br><br>**STIPULATION TO TAKING PSYCHIATRIC INDEPENDENT MENTAL EXAMINATION OF PLAINTIFF TONIA NELSON AND ORDER** |

WHEREAS, Plaintiff TONIA NELSON, ("Plaintiff") has alleged a claim that as a result of the subject incident she suffers from: traumatic brain injury, depression, difficulty sleeping, anxiety, frustration, confusion, memory loss, and emotional distress, among other things.

WHEREAS, Defendant LOWE'S HOME CENTERS, LLC ("Defendant") has the right to conduct a psychiatric examination of Plaintiff pursuant to Federal Rules of Civil Procedure Rule 35;

WHEREAS, Defendant has retained a licensed psychiatrist, for the purposes of performing a psychiatric examination;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the above-captioned matter through their respective counsel for record as follows:

/////

1. A Psychiatric Independent Mental Examination of Plaintiff TONIA NELSON will be conducted pursuant to Federal Rules of Civil Procedure Rule 35 at a date, time, and location mutually convenient for both parties before the expert witness discovery deadline of April 22, 2016. The examination will be taken by Board certified psychiatrist Ronald C. Albucher, M.D. A true and correct copy of Dr. Albucher's Curriculum Vitae is attached hereto and incorporated herein by reference as Exhibit A.

2. At the above-referenced examination, Plaintiff will be asked questions concerning relevant background information, medical history including psychological and psychiatric treatment history, educational history, and alcohol and drug use history. The examination shall include the following areas, which Plaintiff has put at issue in this lawsuit: traumatic brain injury, depression, difficulty sleeping, anxiety, frustration, confusion, memory loss, and emotional distress, among other things.

3. The total length of the examination may take up to 3 hours, not including any reasonable and appropriate breaks Plaintiff may take as needed. The examination is not to exceed 3 hours.

4. The parties stipulate that Plaintiff shall be subjected to only one psychiatric examination by Defendant(s) in connection with this action, whether in Federal or State Court, regardless of whether Defendant(s) retain any additional experts.

5. Given the nature of the examination, Plaintiff may not have her counsel or representative observe the examination or videotape it.

6. Within thirty (30) days of the examination, Defendant's counsel will produce Dr. Albucher's report from the examination to Plaintiff's counsel.

7. At the time of compliance to Plaintiff's demand for a copy of Dr. Albucher's report, Plaintiff shall in exchange produce to Defendant's counsel a copy of any existing report of any examination of the same condition by any other physician, psychologist, or licensed health care

practitioner.  In addition, Plaintiff shall provide any later report of any previous or subsequent examination of the same condition, by any physician, psychologist, or licensed health care practitioner, as provided by Federal Rules of Civil Procedure Rule 35.

8. This Stipulation will replace Defendant's Motion to Compel Psychiatric Independent Mental Examination and will be filed in place of the Joint Statement Re:  Defendant's Motion to Compel Psychiatric Independent Mental Examination.

9. Attached hereto and incorporated herein by reference as Exhibit B is a Proposed Order for the completion of the agreed to Psychiatric Independent Mental Examination.

10. This stipulation may be executed in counterparts.  Facsimile or electronic signatures shall have the same effect as originals.

**IT IS SO STIPULATED.**

Dated: March 17, 2016

THARPE & HOWELL, LLP

By: */s/Diana M. Rivera*
CHARLES D. MAY
GENE B. SHARAGA
DIANA M. RIVERA
Attorneys for Defendants
LOWE'S HOME CENTERS, LLC

Dated:  March 17, 2016

BOSTWICK & PETERSON, LLP

By: */s/Blake Bostwick*
ERIK PETERSON
BLAKE BOSTWICK
Attorney for Plaintiffs
TONIA NELSON, KRISTOPHER PALLESEN, BRYAN GARCIA and NICKOLAS NELSON

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT:

1. Plaintiff TONIA NELSON will appear for a psychiatric Independent Mental Examination with Lowe's retained psychiatric expert witness Ronald Albucher, M.D. at a date, time, and location mutually convenient for both parties before the expert witness discovery deadline of April 22, 2016;

2. Dr. Albucher will have 30 days from the date of the IME to prepare and serve his IME report on Plaintiffs' counsel per Fed. R. Civ. P. Rule 35; and

3. Defendant's March 3, 2016 motion to compel (Dkt. No. 16) is hereby withdrawn pursuant to the parties' stipulation and the March 24, 2016 hearing is vacated.

Dated: March 21, 2016

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/nelson0092.stip.ime.ord

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221