UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIA NELSON, | No. 2:15-CV-00092-KJM-DAD |
| Plaintiff, | |
| v. | ORDER |
| LOWE'S HOME CENTERS, LLC, | |
| Defendant. | |

        On May 9, 2016, the court ordered plaintiff Tonia Nelson to show cause within fourteen (14) days why the court should not dismiss the "Doe" defendants. ECF No. 30. The court also ordered plaintiff's counsel, Erik Peterson, to show cause within seven (7) days why he should not be sanctioned in the amount of $250 for his failure to obtain admission to the Bar of the Eastern District of California, as required by the Local Rules. *Id.*

        More than fourteen days have passed, and plaintiff and plaintiff's counsel have each failed to respond to the court's order. The court construes the lack of response as a concession. Accordingly, the court DISMISSES the unnamed defendants under Federal Rule of Civil Procedure 4(m). *See* Fed. R. Civ. P. 4(m) (providing for dismissal of defendants not served within ninety days of filing of the complaint unless the plaintiff shows good cause); *see also Glass v. Fields*, No. 1:09-00098, 2011 U.S. Dist. LEXIS 97604 (E.D. Cal. Aug. 31, 2011); *Hard Drive Prods. v. Does*, No. 11-01567, 2011 U.S. Dist. LEXIS 109837, at *2–4 (N.D. Cal. Sept. 27,

2011).  The court also SANCTIONS plaintiff's counsel in the amount of $250.00, payable to the Clerk of the Court within fourteen (14) days of the date this order is served.  Counsel shall not pass this cost on to his client.

        IT IS SO ORDERED.

DATED:  June 7, 2016

_____
UNITED STATES DISTRICT JUDGE

2