UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIA NELSON, KRISTOPHER PALLESEN, BRYAN GARCIA and NICKOLAS NELSON,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LOWE'S HOME CENTERS, INC. and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No. 2:15-CV-00092-KJM-KJN<br><br>ORDER |

On June 7, 2016, the court sanctioned plaintiff's counsel, Erik Peterson, in the amount of $250.00 for his failure to obtain admission to the Bar of the Eastern District of California, as required by the Local Rules.  ECF No. 31.  The court ordered Mr. Peterson to pay the sanction to the Clerk of the Court within fourteen days of the date the order was served.  *Id.*  It appears Mr. Peterson has not paid the fine.  Mr. Peterson is ORDERED within fourteen (14) days of the date this order is filed to show cause why the court should not report his non-compliance with the court's order to the State Bar of California, or impose a pre-filing review condition on any future filing he attempts to make in this court.

　　　　　IT IS SO ORDERED.

DATED: July 25, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1