1

2

3

4

5

6

7

8

9               UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   TONIA NELSON et al.,                           No. 2:15-CV-00092-KJM-DB

13                 Plaintiffs,

14         v.                                        ORDER

15   LOWE'S HOME CENTERS, INC. and
     DOES 1 through 50, inclusive,
16
                  Defendants.
17

18

19         On June 7, 2016, the court sanctioned plaintiff's counsel, Erik Peterson, in the

20   amount of $250.00 for his failure to obtain admission to the Bar of the Eastern District of

21   California, as required by the Local Rules.  ECF No. 31.  Mr. Peterson did not pay the fine, so on

22   July 26, 2016, the court ordered him to show cause why the court should not report his non-

23   compliance to the State Bar of California or impose a pre-filing review condition on any future

24   filing he attempts to make in this court.  ECF No. 35.

25   /////

26   /////

27   /////

28

                                      1

1    Although Mr. Peterson has not responded directly to the court's order, he has now

2  paid the $250.00 fine.  Accordingly, the court DISCHARGES its July 26, 2016 order to show

3  cause.

4          IT IS SO ORDERED.

5   DATED:  August 22, 2016

6

7  _____
   UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28